

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-13-00897-CV

Lynn Noble **HAWTHORNE** a/k/a Lynn Hawthorne,
Appellant

v.

Jack **GUENTHER**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20197
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

This appeal was originally set for oral arguments on September 17, 2014. On August 12, 2014, this court granted appellant's motion to reschedule oral arguments, and arguments were set for September 24, 2014. On September 17, 2014, appellee filed a motion asking that oral arguments be rescheduled until after September 22, 2014. We GRANT the motion in part and DENY in part.

It is hereby ORDERED that oral arguments scheduled for September 24, 2014, are removed from this court's docket. However, the above cause is now set for **on briefs** submission on September 24, 2014.

Entered on this 19th day of September, 2014.

**PER CURIAM**

ATTESTED TO:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                Keith E. Hottle
                Clerk of Court